Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

No. 58165.—Teigh, Inc., and M. Zwiebel *v.* United States, protests 221403–K and 215693–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiffs was sustained.

No. 58166.—S. A. Haram & Co., Inc. *v.* United States, protest 224064–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of herring similar in all material respects to that the subject of Abstract 57760, the claim of the plaintiff was sustained.

No. 58167.—Roth & Steiner, Inc. *v.* United States, protests 128653–K and 127959–K (Tampa).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of shell strands the same in all material respects as the articles involved in *Puerto Rican Handcrafts* v. *United States* (30 Cust. Ct. 18, C. D. 1493), the claim of the plaintiff was sustained.

No. 58168.—Paramount Import Co., Inc. *v.* United States, protest 197610–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of pendants the same in all material respects as the articles